# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 3, 2014

### NO. 03-11-00828-CV

**John Walker and Molly Walker, Appellants**

**v.**

**Dennis Vick and James C. Timms, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TOM GREEN COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the Final Summary Judgment signed by the trial court on August 22, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's Final Summary Judgment. Therefore, the Court affirms the trial court's Final Summary Judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.